No. 85–1982.  RIVELAND, EXECUTIVE DIRECTOR, COLORADO DEPARTMENT OF CORRECTIONS v. BALL.  C. A. 10th Cir.  Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 85–2065.  FLORIDA v. PINA.  Dist. Ct. App. Fla., 4th Dist. Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 86–123.  ILLINOIS v. STACK.  Sup. Ct. Ill.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 86–196.  SCULLY, WARDEN, ET AL. v. HOLLAND.  C. A. 2d Cir.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 85–1844.  F. D. v. ASSOCIATED CATHOLIC CHARITIES OF NEW ORLEANS, INC., ET AL.  Ct. App. La., 4th Cir.  Certiorari denied.  JUSTICE BRENNAN would grant certiorari.

No. 85–1862.  GRAALMAN v. DEPARTMENT OF HEALTH AND HUMAN SERVICES.  C. A. Fed. Cir.  Certiorari denied.  JUSTICE WHITE would grant certiorari.

No. 85–1884.  HUNT INTERNATIONAL RESOURCES CORP. ET AL. v. W. C. & KENNETH STREY.  C. A. 10th Cir.  Certiorari denied.  JUSTICE BLACKMUN took no part in the consideration or decision of this petition.*

No. 85–1972.  RONWIN v. HOLOHAN ET AL., JUDGES, SUPREME COURT OF ARIZONA.  C. A. 9th Cir.  Certiorari denied.  JUSTICE O'CONNOR took no part in the consideration or decision of this petition.*